| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LAUREL J. MONTOYA<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>GRADY HANKS,<br><br>               Defendant, | CASE NO. 1:12-CR-00133-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Laurel J. Montoya, Assistant U.S. Attorney, and Robert S. Wynne, attorney for Grady Hanks, that the sentencing hearing set for August 26, 2013 be continued to September 23, 2013 at 8:30 a.m.

On August 12, 2013, the Court continued the sentencing hearing to August 26, 2013 due to the unavailability of defense counsel. Counsel for the government is unavailable August 26, 2013 and agreed to that date in error.

DATED: August 14, 2013              /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

///

///

///

Stipulation and Proposed Order

1

1 | DATED: August 14, 2013         /s/ Robert S. Wynne
2 |                                 ROBERT S. WYNNE
                                    Attorney for Defendant
3
4
5
6 | IT IS SO ORDERED.
7 |    Dated:  **August 15, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
8